# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**JOHN K. GOSSETT,**

      **Plaintiff,**

                                      **CASE NO.:   511-2020-02723**

**v.**

                                      **DIVISION:**

**WALMART, INC.,**

      **Defendant.**

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, John K. Gossett, by and through undersigned counsel, brings this action against Defendant, Walmart, Inc., and in support of his claims states as follows:

## JURISDICTION AND VENUE

1. This is an action for violations of the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C § 621 et seq.

2. This Court has subject matter jurisdiction under 28 U.S.C. § 1331.

3. Venue is proper in this district, because all of the events giving rise to these claims occurred in Pinellas County which is in this district.

## PARTIES

4. Plaintiff is a resident of Pinellas County, Florida.

5. Defendant operates a pharmacy in Largo, in Pinellas County, Florida.

## GENERAL ALLEGATIONS

6. Plaintiff has satisfied all conditions precedent, or they have been waived.

7. Plaintiff has hired the undersigned attorneys and agreed to pay them a fee.

8. Plaintiff requests a jury trial for all issues so triable.

9. At all times material hereto, Plaintiff was an "employee" of Defendant within the meaning of the ADEA.

10. At all times material hereto, Defendant employed twenty (20) or more employees. Thus, Defendant is an "employer" within the meaning of the ADEA.

## FACTS

11. Plaintiff began working for Defendant on January 2004 as a Staff Pharmacist, and worked in this capacity until August 2019.

12. Plaintiff is fifty-six (56) years of age.

13. Plaintiff had been employed by Defendant for fifteen (15) years and had performed the job for which he was hired in a satisfactory manner.

14. On or about August 7, 2019, Plaintiff complained about the disparate treatment that he was receiving based on his age.

15. On or about August 7, 2019, Defendant terminated Plaintiff's employment.

16. Defendant laid off over one thousand (1,000) pharmacists nationwide in or about August 2019, including Plaintiff.

17. The majority of the pharmacists laid off by Defendant were older employees over the age of forty (40) years old.

## COUNT I – ADEA VIOLATION

18. Plaintiff realleges and readopts the allegations of paragraphs 1 through 17 of this Complaint, as though fully set forth herein.

19. As an individual who is over forty years of age, Plaintiff is a member of a protected class under the ADEA.

20. Plaintiff was subjected to disparate treatment based on his age.

21. Defendant's actions were willful and done with malice.

22. Plaintiff was injured due to Defendant's violations of the ADEA, for which Plaintiff is entitled to legal and injunctive relief.

**WHEREFORE**, Plaintiff demands:

a) A jury trial on all issues so triable;

b) That process issue and that this Court take jurisdiction over the case;

c) An injunction restraining continued violation of the ADEA;

d) Compensation for lost wages, benefits, and other remuneration;

e) Reinstatement of Plaintiff to a position comparable to his prior position with back pay plus interest, or in the alternative, front pay;

f) Liquidated damages in an amount equal to Plaintiff's total damages;

g) Prejudgment interest on all monetary recovery obtained.

h) All costs and attorney's fees incurred in prosecuting these claims; and

i) For such further relief as this Court deems just and equitable.

## **COUNT II – ADEA RETALIATION**

23. Plaintiff realleges and readopts the allegations of paragraphs 1 through 17 of this Complaint, as though fully set forth herein.

24. As an individual who is over forty years of age, Plaintiff is a member of a protected class under the ADEA.

25. Plaintiff engaged in protected activity under the ADEA by reporting the age discrimination.

26. Defendant retaliated against Plaintiff for engaging in protected activity under the ADEA by terminating his employment.

27. Defendant's actions were willful and done with malice.

28. In terminating his employment, Defendant took material adverse action against Plaintiff.

29. Plaintiff was injured due to Defendant's violations of the ADEA, for which Plaintiff is entitled to legal and injunctive relief.

WHEREFORE, Plaintiff demands:

a) A jury trial on all issues so triable;

b) That process issue and that this Court take jurisdiction over the case;

c) An injunction restraining continued violation of the ADEA;

d) Compensation for lost wages, benefits, and other remuneration;

e) Reinstatement of Plaintiff to a position comparable to his prior position with back pay, or in the alternative, front pay;

f) Liquidated damages in an amount equal to Plaintiff's total damages;

g) Prejudgment interest on all monetary recovery obtained.

h) All costs and attorney's fees incurred in prosecuting these claims; and

i) For such further relief as this Court deems just and equitable.

## JURY TRIAL DEMAND

Plaintiff demands trial by jury as to all issues so triable.

Dated this 18th day of December, 2020.

Respectfully submitted,

*/s/ Brandon J. Hill*
**BRANDON J. HILL**
Florida Bar Number: 0037061
Direct Dial: 813-337-7992
**AMANDA E. HEYSTEK**

                    Florida Bar Number: 0285020
Direct Dial: 813-379-2560
**WENZEL FENTON CABASSA, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431
Facsimile: 813-229-8712
Email: bhill@wfclaw.com
Email: aheystek@wfclaw.com
Email: aketelsen@wfclaw.com
**Attorneys for Plaintiff**