# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**JOHN K. GOSSETT,**

**Plaintiff,**

v.  Case No.:  8:20-cv-3017-T-35JSS

**WALMART, INC.,**

**Defendant.**
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, JOHN K. GOSSETT, and Defendant, WALMART, INC., by and through their respective undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

Dated this 26th day of August, 2021.

| | |
|---|---|
| LIEBLER, GONZALEZ & PORTUONDO<br>44 West Flagler Street<br>Miami, FL 33130<br>Telephone:  305-379-0400<br>Facsimile:  305-379-9626 | WENZEL FENTON CABASSA, P.A.<br>1110 North Florida Avenue<br>Suite 300<br>Tampa, Florida 33602<br>Telephone:  813-224-0431<br>Facsimile:  813-229-8712 |
| BY: */s/ Christine M. Manzo*<br>     Christine M. Manzo<br>     Florida Bar Number: 52121<br>     E-mail: crpa@crlaborlawfirm.com<br>     Counsel for Defendant | BY: */s/ Brandon J. Hill*<br>     Brandon J. Hill<br>     Florida Bar Number: 0053643<br>     E-mail:  bhill@wfclaw.com<br>     Counsel for Plaintiff |